Anna Baranofski, Appellee, v. Neil Holleb and Holleb and Company, Defendants. Neil Holleb, Appellant.

Gen. No. 44,425.

opinion filed June 20, 1949; released for publication July 18, 1949. Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; David Alswang and Melbourne A. Chapp, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full.